UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBA YESIPOVICH, | Case No.: 2:14-CV-01869-GEB-CKD |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CHANGE OF VENUE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Social Security, | |
| Defendant. | |

   Plaintiff in this action for judicial review of the Social Security Administration's denial of her application for Social Security disability benefits seeks a change of venue to the Northern District of California.  When this case was filed on August 8, 2014, Plaintiff stated that she resided in Mount Shasta, California.  Plaintiff now states in a sworn declaration that she moved to San Jose, California in September 2014.  Proper venue for cases brought under the Social Security Act is "in the district court of the United States for the judicial district in which the plaintiff resides."  42 U.S.C. §405(g).

///

///

///

Accordingly, it is hereby ORDERED that the Court Clerk transfer this case to the Northern District of California pursuant to 42 U.S.C. 405(g).

**IT IS SO ORDERED**

Dated: January 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE